WALKER STEVENS CANNOM LLP
HANNAH LYNN CANNOM (SBN 245635)
hcannom@wscllp.com
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone:    (213) 712-9145
Fascimile:    (213) 403-4906

WUERSCH & GERING LLP
KEVIN F. MURPHY (*pro hac vice* application pending)
kevin.murphy@wg-law.com
MICHAEL J. SENZER (*pro hac vice* application pending)
michael.senzer@wg-law.com
100 Wall St., 10th Floor
New York, NY 10005
Telephone:    (212) 509-5050
Facsimile:    (212) 509-9559

Attorneys for Defendant EKSTER INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| THOMAS PURCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07908-WLH-JC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: August 22, 2023<br>Date Removed: September 21, 2023<br>Current Resp. Date: September 28, 2023<br>New Response Date: October 27, 2023 |

1  Pursuant to Local Rule 8-3, Plaintiff Thomas Purcelley ("Plaintiff") and Defendant Ekster Inc. ("Ekster"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action in Los Angeles Superior Court on August 11, 2023;

WHEREAS, the Complaint was initially sent to Ekster at its principal place of business via U.S. certified mail, return receipt requested, and received by Ekster on August 22, 2023;

WHEREAS, the Complaint was subsequently served on Ekster's registered agent on August 31, 2023;

WHEREAS, Ekster timely removed this case to this Court on September 21, 2023;

WHEREAS, Ekster's deadline to respond to the Complaint is currently September 28, 2023; and

WHEREAS, Plaintiff has agreed to extend Ekster's time to respond to the Complaint to October 27, 2023 (a date not more than thirty days from the date the response to the Complaint would have been due as provided in Local Rule 8.3).

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Ekster, through their respective attorneys, to extend Ekster's time to respond to the Summons and Complaint up to and including October 27, 2023.

STIPULATED AND AGREED:

Date: September 25, 2023                         PACIFIC TRIAL ATTORNEYS

                                                 By:  __/s/ Victoria Knowles__
                                                      Victoria Knowles

                                                 *Attorneys for Plaintiff Thomas Purcelley*

Date: September 25, 2023          WALKER STEVENS CANNOM LLP

By:   /s/ *Hannah L. Cannom*
      Hannah L. Cannom (SBN 245635)

*Attorneys for Defendant Ekster Inc.*

    All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.