# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PURCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07908 WLH-JC<br><br>**ORDER STRIKING DEFENDANT EKSTER INC.'S APPLICATION TO FILE UNDER SEAL [4]** |

Before the Court is Defendant Ekster Inc.'s ("Defendant") Application to Seal Exhibit B to its Notice of Removal. ("Application," Docket No. 4). The Court **STRIKES** the Application for failure to comply with Local Rule 79-5.2.2. Defendant failed to file an "unredacted version of the document(s) proposed to be filed under seal." L.R. 79-5.2.2(a)(iv) (explaining that the "unredacted version of any document proposed for sealing will be closed to public inspection" pending resolution of the application). Instead, Defendant filed a redacted version of Exhibit B. (*See* Docket No. 5-1). Because the Court cannot examine the unredacted version of the document sought to be filed under seal, the Court is unable to determine whether sealing Exhibit B is justified. Defendant Ekster has

leave to re-file its Application consistent with the Local Rules and this Court's Standing Order. Defendant is admonished to comply with all applicable rules going forward.

**IT IS SO ORDERED.**

Date: November 7, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE