1 | Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
2 | Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
3 | PACIFIC TRIAL ATTORNEYS, P.C.
4100 Newport Place Drive, Suite 800
4 | Newport Beach, CA 92660
Tel: (949) 706-6464
5 | Fax: (949) 706-6469

6 | Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PURCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-067908-WLH-JC<br><br>**DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Memorandum of Points and Authorities filed concurrently herewith; [Proposed] Order lodged concurrently herewith]<br><br>Date:        January 5, 2024<br>Time:       11:00 a.m.<br>Judge:      Hon. Wesley L. Hsu<br>Courtroom: 9B |

## **DECLARATION OF SCOTT J. FERRELL**

I, Scott J. Ferrell, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California, as well as in all of the federal judicial districts therein. I am the founding partner of Pacific Trial Attorneys, P.C., and am lead counsel for plaintiff Thomas Purcelley ("Plaintiff"). If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based on my own personal knowledge or based upon my review of the files and records maintained by Pacific Trial Attorneys in the regular course of business.

2. My law firm has conducted an investigation of the Amazon webpage cited in the Declaration of Shaun Cleary dated November 15, 2023 (Doc. 23-1) filed in the instant action. Such investigation indicates that the aluminum cardholder item in the gunmetal grey color is not available for purchase on Defendant's Amazon.com webpage as of the date of such investigation on November 22, 2023.

3. Defendant's Amazon webpage currently does not show even a single aluminum cardholder offered for sale at $100 in any color (nor even a former price in that precise amount) for any aluminum cardholder advertised for sale on Amazon.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on December 6, 2023.

*/s/ Scott J. Ferrell*
Scott J. Ferrell

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, I electronically filed the foregoing **DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                               */s/Scott J. Ferrell*
                                               Scott J. Ferrell