**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469
Attorneys for Plaintiff

**WALKER STEVENS CANNOM LLP**
HANNAH LYNN CANNOM (SBN 245635)
hcannom@wscllp.com
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone:     (213) 712-9145
Fascimile:      (213) 403-4906
Attorneys for Defendant EKSTER INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS PURCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07908-WLH-JC<br><br>**STIPULATION TO SUBMIT MOTION WITHOUT ORAL ARGUMENT**<br><br>Filed: August 11, 2023<br>Date Removed: September 21, 2023 |

Plaintiff Thomas Purcelley ("Plaintiff") and Defendant Ekster Inc. ("Defendant"), by and through their undersigned counsel, stipulate, agree, and jointly request as follows:

WHEREAS, Plaintiff filed this action in Los Angeles Superior Court on August 11, 2023;

WHEREAS, Defendant timely removed this case to this Court on September 21, 2023;

WHEREAS, Defendant timely filed its Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and corresponding Request for Judicial Notice on November 15, 2023 [Dkt. Nos. 23 & 24] (collectively, "Defendant's Motion"), with a hearing date of December 15, 2023;

WHEREAS, the parties previously stipulated to continue the deadline for Plaintiff's opposition to Defendant's Motion to December 6, 2023, the deadline for Defendant's reply in further support of Defendant's Motion to December 13, 2023, and the hearing date on Defendant's Motion to January 5, 2024, which stipulation the Court so-ordered on November 27, 2023, setting the hearing date on Defendant's Motion for January 5, 2024, at 11:00 a.m. [Dkt. 27];

WHEREAS, Plaintiff timely submitted his opposition to Defendant's Motion on December 6, 2023 [Dkt. 31];

WHEREAS, Defendant timely submitted its reply in further support of Defendant's Motion on December 13, 2023 [Dkt. 33];

WHEREAS, the parties have conferred and agreed, in order to conserve judicial resources, to rest on their papers in connection with Defendant's Motion and to waive oral argument on Defendant's Motion, while reserving all rights, arguments, objections, and defenses that the parties may have, without impairing or otherwise affecting any such rights, arguments, objections, and defenses.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND RESPECTFULLY REQUESTED that the Court issue its ruling based upon the parties' papers submitted in connection with Defendant's Motion, and that the Court

cancel the scheduled hearing on Defendant's Motion and remove the scheduled hearing from its calendar.

Respectfully requested,

Date: December 26, 2023                PACIFIC TRIAL ATTORNEYS

                                                            By: */s/ Victoria Knowles*
                                                            Victoria Knowles

                                                            *Attorneys for Plaintiff Thomas Purcelley*

Date: December 26, 2023                WALKER STEVENS CANNOM LLP

                                                            By: */s/ Hannah L. Cannom*
                                                            Hannah L. Cannom

                                                            *Attorneys for Defendant Ekster Inc.*

     All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.