# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS PURCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07908-WLH-JC<br><br>**[PROPOSED] ORDER ON STIPULATION TO SUBMIT MOTION WITHOUT ORAL ARGUMENT**<br><br>Filed: August 11, 2023<br>Date Removed: September 21, 2023 |

## [PROPOSED] ORDER

The Court, having read and considered Plaintiff Thomas Purcelley and Defendant Ekster Inc.'s joint stipulation to submit Defendant's Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and corresponding Request for Judicial Notice on November 15, 2023 [Dkt. Nos. 23 & 24] (collectively, "Defendant's Motion") without a hearing, and good cause appearing therefor, hereby orders that Defendant's Motion is deemed fully submitted without the hearing currently scheduled for January 5, 2024 at 11:00 a.m. [Dkt. 27] and that the scheduled hearing is cancelled. The Courtroom Deputy Clerk is respectfully directed to remove the scheduled hearing from the Court's calendar.

IT IS SO ORDERED.

DATE: _____      _____

The Honorable Wesley L. Hsu
United States District Court Judge