### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-07908-WLH-JC | Date | January 2, 2024 |
|---|---|---|---|
| Title | Thomas Purcelley v. Ekster, Inc. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS) **ORDER RE "JOINT APPLICATION FOR PROTECTIVE ORDER FOR DISCOVERY" AND DIRECTING COUNSEL TO SUBMIT POSITION RE SAME (DOCKET NO. 39)**

    The Court is in receipt of a Proposed Protective Order which corresponds to a text entry entitled "Joint Application for Protective Order for Discovery" filed by Defendant Ekster, Inc. (Docket No. 39). The Proposed Protective Order bears a blank signature line for the Court but is not accompanied by or in the form of a Stipulation and, aside from the text entry reflecting that it is the subject of a "Joint Application," there is nothing in the record that reflects that all parties agree to its entry. While the Proposed Protective Order does comport with this Court's standard form and is acceptable to the Court, the Court nonetheless wishes to ensure that all parties are agreeable to its entry or, if not, that they are afforded an opportunity to state their position regarding the same. Accordingly, by not later than **January 9, 2024**, the parties shall file either a Stipulation evidencing their joint request that the Court issue the Proposed Protective Order or individual Notices reflecting their positions regarding the issuance of the Proposed Protective Order.

    IT IS SO ORDERED.