# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS PURCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07908-WLH-JC<br><br>**ORDER REGARDING STIPULATION TO SUBMIT MOTION WITHOUT ORAL ARGUMENT [38]**<br><br>Filed: August 11, 2023<br>Date Removed: September 21, 2023 |

1  The Court, having read and considered Plaintiff Thomas Purcelley and Defendant Ekster Inc.'s joint stipulation to submit Defendant's Motion to Dismiss the Complaint and corresponding Request for Judicial Notice (collectively, "Defendant's Motion," Docket Nos. 23, 24) without a hearing, and good cause appearing therefor, hereby orders that Defendant's Motion is taken under submission and the hearing currently scheduled for January 5, 2024, at 11:00 a.m. is vacated.

**IT IS SO ORDERED.**

DATE: January 2, 2024

                                              HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE