**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
Attorneys for Plaintiff

**WALKER STEVENS CANNOM LLP**
HANNAH LYNN CANNOM (SBN 245635)
hcannom@wscllp.com
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone:    (213) 712-9145
Fascimile:    (213) 403-4906
Attorneys for Defendant EKSTER INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| THOMAS PURCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07908-WLH-JC<br><br>**STIPULATION TO CONTINUE DEADLINE TO HEAR MOTION FOR CLASS CERTIFICATION**<br><br>Filed: August 11, 2023<br>Trial Date: January 7, 2025 |

Plaintiff Thomas Purcelley ("Plaintiff") and Defendant Ekster Inc. ("Defendant"), by and through their undersigned counsel, stipulate, agree, and jointly request as follows:

WHEREAS, Plaintiff filed this action in Los Angeles Superior Court on August 11, 2023;

WHEREAS, Defendant timely removed this case to this Court on September 21, 2023;

WHEREAS, Defendant timely filed its Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and corresponding Request for Judicial Notice on November 15, 2023 [Dkt. Nos. 23 & 24] (collectively, "Defendant's Motion"), with a hearing date of December 15, 2023;

WHEREAS, the Court took Defendant's Motion under submission;

WHEREAS, the current deadline to hear any motion for class certification is May 10, 2024;

WHEREAS, Defendant's Motion remains under submission and the pleadings are not yet at issue;

WHEREAS, the Parties would like sufficient time to complete adequate class-based discovery once the pleadings are at issue and Defendant has filed its answer (should Defendant's Motion be denied);

WHEREAS, neither Party nor the Court will be prejudiced by the short continuance because the Parties propose all other dates and orders remain unaltered; and

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND RESPECTFULLY REQUESTED that the deadline for hearing any motion for class certification be continued by approximately one month to the next Friday of June 14, 2024. The Parties do _not_ propose that any other orders or scope of discovery be altered in any way.

|   |   |
|---|---|
| Date: February 7, 2024 | Respectfully requested,<br><br>PACIFIC TRIAL ATTORNEYS<br><br>By: */s/ Victoria Knowles*<br>Victoria Knowles<br><br>*Attorneys for Plaintiff Thomas Purscelley* |
| Date: February 7, 2024 | WALKER STEVENS CANNOM LLP<br><br>By:*/s/Hannah Cannom*<br>Hannah L. Cannom<br><br>*Attorneys for Defendant Ekster Inc.* |

    I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

/s/     Scott J. Ferrell
Scott J. Ferrell

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing **STIPULATION TO CONTINUE DEADLINE TO HEAR MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                             */s/ Scott J. Ferrell Esq.*
                                             Scott J. Ferrell, Esq.