# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THOMAS PURCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07908-WLH-JC<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE TO HEAR MOTION FOR CLASS CERTIFICATION [44]** |

The Court, having read and considered Plaintiff Thomas Purcelley and Defendant Ekster Inc.'s joint stipulation, and good cause appearing therefor, hereby continues the hearing deadline for any motion for class certification to June 10, 2024. All other dates in the Court's Scheduling Order (Docket No. 36) remain unaltered.

**IT IS SO ORDERED.**

DATE: February 20, 2024

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE