UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-07908-WLH(JCx) | Date | April 2, 2024 |
|---|---|---|---|
| Title | Thomas Purcelley v. Ekster Inc. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| David Reid | Kevin F. Murphy |
| Victoria C. Knowles | Michael J. Senzer |
| | Hannah L. Cannom |

**Proceedings:**   **SETTLEMENT CONFERENCE**

A Telephonic Settlement Conference in this matter was held on April 2, 2024. Plaintiff's counsel David Reid and Victoria C. Knowles telephonically appeared with Plaintiff Thomas Purcelley. Defendant's counsel Kevin F. Murphy, Michael J. Senzer and Hannah L. Cannom telephonically appeared with Thomas Van Der Kolk, Managing Director of Ekster Inc.

Counsel and the parties conferred with the Court. A settlement was not reached.

|  | 5 hours |
|---|---|
| Initials of Deputy Clerk | klh |