1  **PACIFIC TRIAL ATTORNEYS**
2  A Professional Corporation
   Scott J. Ferrell, Bar No. 202091
3  sferrell@pacifictrialattorneys.com
4  Victoria C. Knowles, Bar No. 277231
   vknowles@pacifictrialattorneys.com
5  4100 Newport Place Drive, Ste. 800
6  Newport Beach, CA  92660
   Tel: (949) 706-6464
7  Fax: (949) 706-6469
8  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| THOMAS PURSCELLEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-07908-WLH-JC <br><br> **DECLARATION OF VICTORIA C. KNOWLES IN SUPPORET OF LOCAL RULE 37 JOINT STIPULATION RE DISCOVERY DISPUTE** <br><br> Motion Date: June 25, 2024 <br> Motion Time: 9:30 a.m. <br> Discovery Cut-Off: September 27, 2024 <br> Pretrial Conference: December 20, 2024 <br><br> Filed: August 11, 2023 <br> Trial Date: January 7, 2025 |
|---|---|

# DECLARATION OF VICTORIA C. KNOWLES

I, VICTORA C. KNOWLES, declare and state as follows:

1. I am an attorney licensed to practice law in California and all of the federal judicial districts therein. I am a partner with Pacific Trial Attorneys ("PTA"), counsel of record in this action for Plaintiff Thomas Purscelley ("Plaintiff"). If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based on my own personal knowledge or based upon my review of the files and records maintained by PTA in the regular course of business.

2. I met and conferred pursuant to Local Rule 37-1 with Kevin Murphy, counsel for Defendant Ekster Inc. ("Defendant"), on May 3, 2024. I met and conferred a second time with Michael Senzer, also counsel for Defendant, on May 21, 2024. Both meet and confer efforts were telephonic as counsel for the parties reside in different counties. Attached hereto as **Exhibit A** is a true and correct copy of the written communications related to the Local Rule 37 Stipulation filed concurrently herewith.

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendant's Responses to Plaintiff's Requests for Admission (Set One).

4. Attached hereto as **Exhibit C** is a true and correct copy of Defendant's Responses to Plaintiff's Requests for Production (Set One).

5. Attached hereto as **Exhibit D** is a true and correct copy of Defendant's Responses to Plaintiff's Interrogatories (Set One).

6. Attached hereto as **Exhibit E** is a true and correct copy to Defendant's objections and responses to Plaintiff's Notice of Deposition of Defendant pursuant to Fed. R. Civ. Proc. 30(b)(6), which was originally noticed for March 8, 2024. The Parties met and conferred thereon and rescheduled the deposition for May 29, 2024. Plaintiff has propounded an amended notice that is substantively the same with regard to topics and requests for production.

7. During my meet and confer call on May 3, 2024, with Mr. Murphy, when discussing the temporal limitation imposed by Defendant on its discovery responses, Mr. Murphy indicated that such a limitation was "reasonable" and "splits the baby" between the proposed class period beginning in August 2020, and August 2023 when Plaintiff's claims arose.

8. Attached hereto as **Exhibit F** is a true and correct copy of Defendant's production at DEF0001467.

9. Attached hereto as **Exhibit G** is a true and correct copy of Defendant's production at DEF0001434.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 24, 2024.

*Victoria C. Knowles*
Victoria C. Knowles