**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

## UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

THOMAS PURSCELLEY, individually and on behalf of all others similarly situated,

     Plaintiff,

     v.

EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,

     Defendants.

CASE NO. 2:23-cv-07908-WLH-JC

NOTICE OF WITHDRAWAL OF JOINT APPLICATION TO FILE UNDER SEAL [DKT 57]

-1-

NOTICE OF WITHDRAWAL OF JOINT APPLICATION TO FILE UNDER SEAL [DKT 57]

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     Plaintiff Thomas Purscelley hereby withdraws the Joint Application to File Under Seal [Docket 57] as it was filed utilizing the wrong cm/ecf entry.  The Joint Application to File Under Seal has been properly resubmitted as Docket 58.

Dated:  June 5, 2024                      Respectfully submitted,

                                   PACIFIC TRIAL ATTORNEYS, APC

                                   By: */s/Scott J. Ferrell*
                                   Scott. J. Ferrell
                                   Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF JOINT APPLICATION TO FILE UNDER SEAL [DKT 57] with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.

NOTICE OF WITHDRAWAL OF JOINT APPLICATION TO FILE UNDER SEAL [DKT 57]