UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-07908-WLH-JCx | Date | July 2, 2024 |
|---|---|---|---|
| Title | Thomas Purcelley v. Ekster Inc. et al. | | |

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Alma Felix for Kerri Hays | CS 7-2-24 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:   Victoria C. Knowles

Attorney Present for Defendant:   Kevin F. Murphy

**Proceedings:** **TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR DISCOVERY AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION (DOCKET NOS. 56, 66, 76)**

Case called.  Counsel stated their appearances.

The Court advised counsel of its tentative views on Plaintiff's Motion for Discovery and heard argument from counsel.

For the reasons explained on the record the Court granted in part and denied in part Plaintiff's Motion for Discovery and sustained in part and overruled in part Defendant's objections to the definitions of "Class Period" and "Product" in Defendant's responses to Plaintiff's discovery requests.

As to the term "Class Period" – as a general matter for purposes of Plaintiff's discovery requests only – the Court defined such term to mean the period of May 5, 2021 to April 12, 2024.

As to the term "Product" – as a general matter for purposes of Plaintiff's discovery requests only – the Court defined such term to mean wallets and other everyday carry items sold on Defendant's website in California during the Class Period (as defined above) at a discount from a higher reference price that were not refunded/credited.

Notwithstanding the Court's adoption of the above-referenced definitions as a general matter for purposes of Plaintiff's discovery requests only, and for reasons explained on the record, the Court declined to compel Defendant to produce any further discovery responsive to any particular discovery requests at this juncture.

: 15

Initials of Clerk   af for klh