PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialatttorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Telephone: (949)706-6464

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PURSCELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusived,<br><br>Defendants. | Case No. 2:23-cv-07908-WLH-JC<br><br>**NOTICE OF SETTLEMENT [L.R. 16-15.7]**<br><br>Complaint Filed: August 11, 2023<br>Action Removed: September 21, 2023<br>Trial Date: January 7, 2025 |

NOTICE OF SETTLEMENT

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated a dismissal of the entire action with prejudice will be filed within thirty (30) days of the date of this Notice.

Dated: August 12, 2024

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
 Scott J. Ferrell
 Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                          */s/ Scott J. Ferrell Esq.*
                                          Scott J. Ferrell, Esq.