JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PURSCELLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>EKSTER INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-07908-WLH-JC<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [87]** |

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's First Amended Complaint in the above-entitled action and *without prejudice* as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 23, 2024    By: _____
HON. WESLEY L. HSU
UNITED STATE DISTRICT JUDGE